No. 649. Songy et al. *v.* Godchaux Sugars, Inc. Twenty-Ninth Judicial District Court of Louisiana, Parish of St. John the Baptist. Certiorari denied.

*Eugene Cotton* and *Richard F. Watt* for petitioners. *M. Truman Woodward, Jr.* and *Richard C. Keenan* for respondent.